# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WESTGATE RESORTS, LTD., ET AL., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00599 |
| ) | Judge Trauger |
| WESLEY FINANCIAL GROUP, LLC, ) | |
| *a Tennessee limited liability company*, ET AL., ) | |
| ) | |
|    Defendants ) | |

## **ORDER**

The court has now ruled on all pending motions. It is hereby ORDERED that the court will hold a telephone conference with counsel for the parties on Wednesday, August 23, 2023 at 2:00 p.m. CST in order to discuss any revision to the estimated trial days and to reset this case for trial. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge