FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WESTGATE RESORTS, LTD., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   No. 3:20-CV-00599 |
| | ) |
| WESLEY FINANCIAL GROUP, LLC, a | )   JUDGE TRAUGER |
| Tennessee limited liability company, and | )   MAGISTRATE JUDGE FRENSLEY |
| CHARLES WILLIAM MCDOWELL, III, | ) |
| | )   JURY DEMAND |
| | ) |
|     Defendants. | ) |
| | ) |

## JOINT MOTION TO CONTINUE TRIAL

The parties, through counsel, hereby respectfully move the Court to continue the trial of this matter that is currently scheduled to begin on July 18, 2024. In support of this Motion, the parties state as follows:

1. The parties have agreed, subject to the Court's approval, to an in person mediation in the case with one of five mutually acceptable mediators on or before July 31, 2024.

2. In the event the mediation continues beyond July 31, 2024, counsel will file a status report.

3. In the event that the mediation is not successful, the parties will contact the Court to obtain a new trial date.

Respectfully submitted this 13th day of July, 2024.

s/ Greg Oakley
Greg H. Oakley, #16237
4300 Sidco Drive, Suite 200
Nashville, TN 37204
(615) 209-9814
greg@build.law

Patrick Bradford, Admitted *Pro Hac Vice*
Bradford Edwards LLP
12 East 49th Street, 11th Floor
New York, NY 10017
(917) 671-9406
(607) 930-3596 (facsimile)
pbradford@bradfordedwards.com
jcapehart@bradfordedwards.com

John Bennett, Jr., Admitted *Pro Hac Vice*
Paul Mascia, Admitted *Pro Hac Vice*
Nardella & Nardella, PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
jbennett@nardellalaw.com
pmascia@nardellalaw.com

Lyndsay C. Smith, #024715
Smith, PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 351-2442
lsmith@smith-plc.com

**Attorneys for Wesley Financial Group, LLC**

/s Wayne Ritchie
Wayne A. Ritchie II, BPR #013936
Ritchie, Davies, Johnson & Stovall, P.C.
606 West Main Street, Suite 300
Knoxville, Tennessee 37902
(865) 637-0661
(856) 524-4623 (facsimile)
war@rdjs.law
jstovall@rdjs.law

**Attorney for Charles William McDowell III**

s/ B. Eliot New
Richard W. Epstein
Jeffrey Backman
B. Eliot New, Esq.
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
eliot.new@gmlaw.com

s/ Robert Vance
Gregory Logue, BPR #012157
Robert L. Vance, BPR #021733
Woolf, McClane, Bright, Allen
& Carpenter, PLLC
P.O. Box 900
Knoxville, TN 37901
glogue@wmbac.com
bvance@wmbac.com

*__Attorneys for Plaintiffs__*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the following by the Court's electronic filing system on this __ day of June 2024:

**GREENSPOON MARDER LLP**

Richard W. Epstein, Esq.
Jeffrey Backman, Esq.
B. Eliot New, Esq.
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
eliot.new@gmlaw.com

**WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC**

Gregory Logue, Esq.
Robert L. Vance, Esq.
P.O. Box 900
Knoxville, TN 37901
glogue@wmbac.com
bvance@wmbac.com

*Counsel for Plaintiffs*

                                                */s/ Greg Oakley*
                                                Greg Oakley.

5

Case 3:20-cv-00599   Document 571   Filed 07/13/24   Page 5 of 5 PageID #: 27007