IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTGATE RESORTS, LTD., ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WESLEY FINANCIAL GROUP, LLC, )<br>*a Tennessee limited liability company*, ET AL., )<br>)<br>Defendants ) | Civil No. 3:20-cv-00599<br>Judge Trauger |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by November 21, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge